**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Michael Saunders

Plaintiff(s),

- against -

Smacked LLC

Defendant(s),
------------------------------------------------------------X

1:24 **Civ.** 05479 **(**MK**)**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, DANIEL ORTIZ, Acting Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

7/19/24 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Smacked LLC

**by personally serving** Mr. Bailey (no first name provided), Registered Agent ,

*and proof of service was therefore filed on* 8/14/24 *, Doc. #(s)* 5 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

November 1 **, 20**24

**DANIEL ORTIZ**
**Acting Clerk of Court**

**By:** K. Mango

**Deputy Clerk**