USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

SMACKED LLC,

          Defendant.

---

1:24-cv-5479-MKV

**ORDER SCHEDULING DEFAULT HEARING**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for a hearing on Plaintiff's motion for a default judgment [ECF No. 18] on May 13, 2025 at 11:30 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that by April 30, 2025 Plaintiff shall serve his motion and this Order on Defendant and shall file proof of such service on ECF.

**SO ORDERED.**

Date: **April 23, 2025**
      New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**