USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

SMACKED LLC,

            Defendant.

---

1:24-cv-5479-MKV

**ORDER SCHEDULING TELEPHONIC DEFAULT HEARING**

MARY KAY VYSKOCIL, United States District Judge:

      The Court previously ordered that the parties shall appear for a hearing on Plaintiff's motion for a default judgment on May 13, 2025 at 11:30 a.m. [ECF No. 21]. The parties were directed to appear for the hearing in Courtroom 18C of 500 Pearl Street, New York, NY 10007. [ECF No. 21]. Plaintiff's counsel has since advised the Court that she will face difficulty travelling to the Court. Accordingly, IT IS HEREBY ORDERED that parties to this case may appear for the May 13, 2025 default hearing telephonically by dialing 646-453-4442 and entering access code 73639670#.

**SO ORDERED.**

Date: May 12, 2025
      New York, NY

                                              **MARY KAY VYSKOCIL**
                                               **United States District Judge**