UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

MICHAEL SAUNDERS, on behalf of          :
himself and all others similarly situated,    :    Case No.: 1:24-cv-05479-MKV
                                             :
                    Plaintiff,              :
                                             :
    vs.                                      :
                                             :    **NOTICE OF VOLUNTARY DISMISSAL**
                                             :
SMACKED LLC,                                :
                                             :
                    Defendant.              :
                                             :
                                             :
———————————————————————— x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Michael Saunders, hereby gives notice

that the above-captioned matter is voluntarily dismissed, without prejudice, against defendant,

Smacked LLC.


DATED:   New York, New York
         May 16, 2025



                                    Respectfully,

                                    _____
                                    Arjeta Albani, Esq.
                                    **Joseph & Norinsberg, LLC**
                                    *Attorneys for Plaintiff*
                                    110 East 59th Street, Suite 2300
                                    New York, NY 10022
                                    Arjeta@employeejustice.com